| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | SAMUEL WONG<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2772<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-206-MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE SENTENCING MEMORANDUM RE OLIVER LOPEZ ALVARADO** |
| v. | |
| MARCO ANTONIO ESQUIVEL-CORNEJO, ET AL., | |
| Defendants. | Court: Hon. Morrison C. England |

It is hereby stipulated and agreed by, and between, plaintiff United States of America and defendant Oliver Lopez Alvarado, through their respective counsel that the present deadline for the United States to file its sentencing memorandum shall be extended from November 29, 2018, to and including December 3, 2018. The reason for the requested continuance is to allow the United States additional time to conduct factual and legal research relevant to sentencing. The presently set December 13, 2018, sentencing date for defendant Alvarado will remain unchanged.

DATED: November 29, 2018

MCGREGOR W. SCOTT
United States Attorney

By: */s/ Samuel Wong*
SAMUEL WONG
Assistant United States Attorney

DATED: November 29, 2018

By:     */s/ Linda Allison*
LINDA ALISON
Assistant Federal Defender
Attorney for defendant
Oliver Lopez Alvarado
(Authorization per Katina Whalen,
Legal Assistant to AFD Allison)

--------------------------------------------------------

## ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

It is ORDERED that the present deadline for the United States to file its sentencing memorandum shall be extended from November 29, 2018, to and including December 3, 2018. The presently set December 13, 2018, sentencing date for defendant Alvarado will remain unchanged.

IT IS SO ORDERED.

Dated: December 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE