UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00206-MCE |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE** |
| OLIVER LOPEZ ALVARADO, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release OLIVER LOPEZ ALVARADO in case number 2:16-cr-00206-MCE, from custody for the following reason(s):

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other:  Upon imposition of the time served sentence. |

Issued at Sacramento, California on December 13, 2018, at 11:07 a.m.

DATED:  December 13, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE